# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GIDEON ONCHIRI GEKARA,** | : | |
| **Petitioner** | : | **CIVIL ACTION NO. 3:17-1693** |
| **v** | : | |
| | | **(JUDGE MANNION)** |
| **Warden CRAIG A. LOWE,** | : | |
| **Respondent** | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1.  The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED**, without prejudice as premature.

2.  The Clerk of Court is directed to **CLOSE** the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: February 12, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1693-01-ORDER.wpd